## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | | |
|---|---|---|---|
| Honorable | JACK B. SCHMETTERER | Hearing Date | SEPTEMBER 21, 2007 |
| Bankruptcy Case No. | 07 B 08562 | Adversary No. | |
| Title of Case | MARIE BLUE | | |

Brief Statement of Motion: ON COURT'S OWN MOTION TO DISMISS CASE DUE TO FAILURE TO PAY FILING FEE

Names and Addresses of moving counsel:

Representing:

### ORDER

### IT IS HEREBY ORDERED THAT:

Hearing on Court's motion is adjourned sine die pending final report by Chapter 7 Trustee.

ENTER:

JACK B. SCHMETTERER
United States Bankruptcy Judge